UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| K.R., | Case No. 19-cv-08252-VC |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| G6 HOSPITALITY, LLC, et al., | Re: Dkt. No. 18 |
| Defendants. | |

As the plaintiff has filed an amended complaint, and Marriott has filed a renewed motion to dismiss, Marriott's motion to dismiss the original complaint is denied as moot.

**IT IS SO ORDERED.**

Dated: April 13, 2020

VINCE CHHABRIA
United States District Judge