UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.R., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>G6 Hospitality, LLC; and Marriott International, Inc.,<br><br>Defendants. | Case No.: 3:19-cv-08252-VC<br><br>[~~PROPOSED~~] ORDER RESCHEDULING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANT MARRIOTT INTERNATIONAL, INC.'S MOTION TO DISMISS |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on the Motion to Dismiss by Defendant Marriott International, Inc. is rescheduled for **June 4, 2020** at 10:00 am in Courtroom 4 of the 17th floor and the time for plaintiff to file an Opposition to Marriott International Inc.'s Motion to Dismiss is extended to **April 23, 2020,** and defendant Marriott International, Inc.'s Reply is extended to **May 7, 2020**.

IT IS SO ORDERED.

Dated: ___April 20_____, 2020       _____
                                          HONORABLE VINCE CHHABRIA