UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.R.,<br><br>        Plaintiff,<br><br>    v.<br><br>G6 HOSPITALITY, LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-08252-VC<br><br>**QUESTIONS FOR HEARING ON MOTION TO DISMISS** |

    It appears that the complaint would state a claim under the TVPRA against the local hotels, even though those hotels have not been named as defendants. The complaint appears to adequately allege that the local hotels participated in a venture that they knew or should have known was engaged in sex trafficking—namely, a venture with the sex traffickers themselves. But the complaint does not appear to adequately allege that the chains, who are the actual defendants in the case, themselves participated in that venture. Therefore, whether the complaint states a claim under the TVPRA against the chains appears to depend on whether the chains are liable for the conduct of the local hotels in facilitating sex trafficking. This raises several questions that the parties should be prepared to focus on at the hearing. First, is the liability of the chains for the local hotels' participation in the venture a question of state law, as everyone thus far seems to have assumed, or of federal law? If federal law, what is the test, and who wins under that test? If state law, is it California law or the law of some other state as specified in the agreements between the local hotels and the chains? Assuming California law, what are the plaintiff's best cases for the proposition that the chains are liable based on the facts alleged in the complaint regarding the relationship between the chains and the local hotels?

2

**IT IS SO ORDERED.**

Dated: June 2, 2020

_____

VINCE CHHABRIA
United States District Judge