Tiffany R. Ellis, *Pro Hac Vice*
tellis@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
3011 W. Grand Boulevard, 24th Floor
Detroit, MI 48202
Telephone: (313) 315-3151
Facsimile: (646) 293-7957

Melinda Davis Nokes, Bar No. 167787
mnokes@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927

*Attorneys for Plaintiff K.R. proceeding under pseudonym*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| K.R., an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>G6 Hospitality, LLC; and Marriott International, Inc.,<br><br>                Defendants. | Case No.: 3:19-cv-08252-VC<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION IMPOSING A BRIEFING SCHEDULE ON DEFENDANT MARRIOTT INTERNATIONAL, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND SETTING DATES FOR HEARING AND CASE MANAGEMENT CONFERENCE** |

Having read the Joint Stipulation Imposing a Briefing Schedule on Defendant Marriott International, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint and Setting Dates for Hearing and Case Management Conference, it is hereby ordered that:

- K.R.'s Response to Marriott International Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint shall be due Thursday, August 13, 2020.

- Marriott's Reply to Plaintiff's Response to Marriott International Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint shall be due Thursday, August 27, 2020.

- A hearing on Marriott International Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint shall be held on Thursday, September 17, 2020.

- A case management conference be held in this matter on Wednesday September 30, 2020.

**IT IS SO ORDERED.**

Date: ___August 5_____, 2020



_____
HONORABLE VINCE CHHABRIA

-2-

**[PROPOSED] ORDER GRANTING JOINT STIPULATION IMPOSING A BRIEFING SCHEDULE ON DEFENDANT MARRIOTT INTERNATIONAL, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND SETTING DATES FOR HEARING AND CASE MANAGEMENT CONFERENCE
CASE NO.: 3:19-CV-08252-VC**