MICHAEL P. O'DAY (admitted *pro hac vice*)
michael.oday@us.dlapiper.com
ELLEN E. DEW (admitted *pro hac vice*)
ellen.dew@us.dlapiper.com
**DLA PIPER LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Tel:   410.580.3000
Fax:   410.580.3001

AMANDA L. MORGAN (Bar No. 246277)
amanda.morgan@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

Attorneys for Defendant
Marriott International, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| K.R., an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>G6 HOSPITALITY, LLC; and<br>MARRIOTT INTERNATIONAL, INC.,<br><br>                    Defendants. | CASE NO. 3:19-CV-08252-VC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>AS AMENDED<br><br>Action Filed:   December 19, 2019<br>SAC Filed:      July 2, 2020<br>Trial Date:     TBD |

1    Having read the Stipulation to Continue the October 13, 2020 Case Management
2  Conference, and good cause appearing, it is hereby ordered that the Case Management Conference
3  shall be vacated and will be reset to <span style="color:red">Wednesday, January 13, at 10 a.m.</span> ~~13 days after the hearing on Marriott's anticipated motion to dismiss or, if no motion to dismiss is filed, at some time thereafter as the Court is available~~. The
5  deadlines for the parties to exchange initial disclosures and file the report required by Federal Rule
6  of Civil Procedure 26(f) shall be continued to correspond with the new date for the Case
7  Management Conference.

8  **IT IS SO ORDERED.**

9  Dated: October __7__, 2020



HONORABLE _____ (APPROVED — Judge Vince Chhabria)

-1-
[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MGMT CONFERENCE
CASE NO. 3:19-CV-08252-VC
EAST\176796983.1