UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.R.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G6 HOSPITALITY, LLC,<br><br>　　　　Defendant. | Case No.  19-cv-08252-VC<br><br>**ORDER CLARIFYING OPERATIVE COMPLAINT AND ADVANCING INITIAL CMC** |

　　　　In light of the stipulated dismissal of Marriott, the complaint on file (to which G6 has answered) is the operative complaint. Given that the pleadings are settled, the case management conference is moved up from January 13, 2021 to November 24, 2020 at 2 p.m. via zoom. A joint case management statement is due 7 days prior.

　　　　**IT IS SO ORDERED.**

Dated: October 16, 2020

_____
VINCE CHHABRIA
United States District Judge