Angela C Agrusa (Bar No. CA-131337)
*angela.agrusa@us.dlapiper.com*
Shannon E. Dudic (Bar No. CA-261135)
*shannon.dudic@us.dlapiper.com*
Alexis N. Burgess (Bar No. CA-279328)
*alexis.burgess@us.dlapiper.com*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel:   310.595.3000
Fax:   310.595.3300

Attorneys for Defendant
G6 HOSPITALITY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.R. an individual<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, LLC, *et al.*,<br><br>Defendants. | Case No.: 3:19-cv-08252-VC<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:  December 8, 2020<br>Proposed CMC: December 15, 2020 |

The Court, having read and considered the Joint Stipulation submitted by the Parties on December 1, 2020, and good cause appearing therefor, hereby **ORDERS** that the Joint Stipulation is **GRANTED**, as follows:

The case management conference currently scheduled for December 8, 2020 is continued to 2:00 p.m. on December 15, 2020 at 2:00 p.m., and the Parties' deadline to submit a Joint CMC statement is continued to December 8, 2020.

**IT IS SO ORDERED.**

December 2, 2020
_____
DATE

THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

