UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.R.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G6 HOSPITALITY, LLC,<br><br>　　　　Defendant. | Case No. 19-cv-08252-VC<br><br>**ORDER TO REFILE PROPOSED PROTECTIVE ORDER IN ACCORDANCE WITH STANDING ORDER**<br><br>Re: Dkt. No. 90 |

　　Within 3 days of this order, G6 Hospitality is ordered to refile the proposed commercial protective order at Dkt. No. 90 in accordance with the Court's standing orders for civil cases ¶ 23, by indicating whether the order is based on the Northern District's model protective order and, if so, identify any deviations from the model order with a redline comparison.

　　**IT IS SO ORDERED.**

Dated: March 15, 2021

_____

VINCE CHHABRIA
United States District Judge