Tiffany R. Ellis (*Pro hac vice*)
**WEITZ & LUXENBERG, P.C.**
3100 W. Grand Blvd.
24th Floor
Detroit, MI 48202
(313) 315-3151
tellis@weitzlux.com

Melinda Davis Nokes, Bar No. 167787
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927
mnokes@weitzlux.com

Lori E. Andrus, Bar No. 205816
Jennie Lee Anderson, Bar No. 203586
Audrey Siegel, Bar No. 286771
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
audrey.siegel@andrusanderson.com

*Attorneys for Plaintiff K.R., proceeding under pseudonym*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| K.R., an individual, | Case No.: 3:19-cv-08252-VC |
|---|---|
| Plaintiff, | **STIPULATED NOTICE OF DISMISSAL** |
| vs. | |
| G6 HOSPITALITY, LLC; MARRIOTT INTERNATIONAL, INC., | |
| Defendants. | |

## STIPULATED NOTICE OF DISMISSAL

The parties, by and through their undersigned attorneys, hereby agree that this case shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs.

Dated: March 16, 2021      Respectfully Submitted,

By: ____ */s/ Tiffany R. Ellis* ____

Tiffany R. Ellis (*Pro hac vice*)
**WEITZ & LUXENBERG, P.C.**
3100 W. Grand Blvd.
24th Floor
Detroit, MI 48202
(313) 315-3151
tellis@weitzlux.com

Melinda Davis Nokes, Bar No. 167787
mnokes@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927

Lori E. Andrus, Bar No. 205816
lori@andrusanderson.com
Jennie Lee Anderson, Bar No. 203586
jennie@andrusanderson.com
Audrey Siegel, Bar No. 286771
audrey.siegel@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile:  (415) 986-1474

*Attorneys for Plaintiff J.C., proceeding under pseudonym*

DLA PIPER LLP (US)

By: */s/ Shannon E. Dudic*

Angela C. Agrusa

-1-       Case No. 3:19-CV-08252-VC
**STIPULATED NOTICE OF DISMISSAL**

Shannon E. Dudic
Alexis N. Burgess
*Attorneys for Defendant G6 HOSPITALITY LLC*

-2-                    Case No. 3:19-CV-08252-VC

**STIPULATED NOTICE OF DISMISSAL**